366-15  367-15  368-15  369-15

# ELECTRONIC RECORD

COA # 06-14-00088-CR                    OFFENSE: 22.01

Companion cases

STYLE: Samuel Deleon Garza v. The State of Texas          COUNTY: Hunt

COA DISPOSITION:   Affirmed          TRIAL COURT: 196th District Court

DATE: 3/10/15          Publish: No    TC CASE #:    28,996

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Samuel Deleon Garza v. The State of Texas

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____refused_____

DATE: July 29, 2015

JUDGE: PC

CCA #: **366-15 THRU 371-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**